[No. 18151-1-III.    Division Three.    March 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. BOUN T. MOUA, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-02160-9, James M. Murphy, J., entered December 15, 1998. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 17628-2-III.    Division Three.    March 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN K. RONQUILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-1-00032-2, Robert Leigh Zagelow, J., entered June 18, 1998. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 16917-1-III.    Division Three.    March 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK JERRY JOHANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-1-01242-0, Susan L. Hahn, J., entered August 22, 1997. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.